AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

|  |  |
|---|---|
| Oscar Hughes, Jr. | ) |
| *Plaintiff* | ) |
| v. | ) |
| Carolyn W. Colvin, Acting Commissioner of Social Security | ) |
| *Defendant* | ) |

Civil Action No.    4:15-cv-2389-RBH

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),
which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with
costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
recover costs from the plaintiff *(name)* _____.

■ other: The Court affirms the Commissioner's decision denying Plaintiff's claim for DIB and SSI.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable R. Bryan Harwell,  United States District Judge,  adopting the  Report and
Recommendation of the Honorable Thomas E. Rogers, III,  United States Magistrate Judge.

Date:   December 1, 2016

Robin L. Blume
*CLERK OF COURT*

s/Glenda J. Nance
*Signature of Clerk or Deputy Clerk*